Doc

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -- -X

                                        NOTICE OF ASSIGNMENT
                                               07cv9745

        Halidou  v. LDK Solar Co., Ltd., et al

 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


        Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is
reassigned to the calendar of
                            Judge Koeltl
        All future documents submitted in this action are to be presented in the Clerk's
Office of the Southern District Court for filing and shall bear the assigned judge's
initials after the case number.

        The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of
assignment on all defendants.


                                    J. Michael McMahon, CLERK
Dated: 11/29/2007


                        By:        Jenny R. Horne
                                    Deputy Clerk


cc:   Attorneys of Record
PS REASSIGNMENT FORM


Data Quality Control
Revised:  March 9, 2001