UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHESTER TSANG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, JACK LAI, and QUQUANG YAO,<br><br>    Defendants. | No. 1:07-cv-08706 (JGK) |
| WEICHEN G. LUI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN, RONQIANG CUI, PIETRO ROSSETTO, and QIQANG YAO,<br><br>    Defendants. | No. 1:07-cv-08766 (JGK) |
| ISMAEL HALIDOU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN, and QIQANG YAO,<br><br>    Defendants. | No. 1:07-cv-09745 (JGK) |

**DECLARATION OF MATTHEW B. KAPLAN**

1. I am an associate with the firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and an attorney for Movant Shahpour Javidzad.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the press release that was the first notice to the class that this litigation had been filed in the Southern District of New York.

3. Attached as Exhibit B to this Declaration is a true and correct copy of a "Certification of Plaintiff Pursuant to Federal Securities Laws" executed by Movant.

4. Attached as Exhibit C to this Declaration is a true and correct copy of the Firm Resume of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

5. Attached as Exhibit D to this Declaration are charts which I prepared which documents Movants' losses on LDK Solar Co., Ltd. securities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007

    /s/ Matthew B. Kaplan
Matthew B. Kaplan