UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHESTER TSANG, Individually and On Behalf of All Others Similarly Situated, | **CIVIL ACTION NO. 07-CV-8706-JGK** |
| Plaintiff, | "ECF CASE" |
| vs. | |
| LDK SOLAR CO., LTD., Xiaofeng Peng, Xingxue Tong, Liangbao Zhu, Yonggang Shao, Gang Wang, Jack Lai, and Qiqiang Yao, | |
| Defendants. | |
| WEICHEN G. LUI, Individually and On Behalf of All Others Similarly Situated, | **CIVIL ACTION NO. 07-CV-8766-JGK** |
| Plaintiff, | "ECF CASE" |
| vs. | |
| LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN, RONGQIANG CUI, PIETRO ROSSETTO, QIQIANG YAO, | |
| Defendants. | |

(additional caption on following page)

**DECLARATION OF BRIAN BROOKS IN SUPPORT OF MOTION OF
WEICHEN G. LUI TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF,
<u>AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL</u>**

1

| | |
|---|---|
| ISMAEL HALIDOU, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN, and QIQIANG YAO,  )<br>)<br>)<br>)<br>)<br>Defendants.  )<br>) | **CIVIL ACTION NO. 07-CV-9745-JGK**<br><br>"ECF CASE" |

I, Brian D. Brooks, declare as follows:

1.    I am an associate of the law firm Murray, Frank & Sailer LLP, counsel for Weichen G. Lui. I submit this Declaration in Support of Mr. Lui's Motion to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead Counsel.

2.    Attached hereto as Exhibit A is a true and correct copy of the notice published over the MARKET WIRE on October 9, 2007, providing notice of the filing of a class action complaint against defendants.

4.    Attached hereto as Exhibit B is a true and correct copy of the Plaintiff's Certification executed by Weichen G. Lui.

5.    Attached hereto as Exhibit C is a chart detailing the damages suffered by Mr. Lui.

7.    Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Murray, Frank & Sailer LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

                                                        /s/_____
                                                        Brian D. Brooks