# EXHIBIT A

```
                                                                      1 of 1
MWR        Federman & Sherwood Announces Initial Filing of a Securities
           Oct 9 2007  15:56
```

Federman & Sherwood Announces Initial Filing of a Securities Class
Action Lawsuit Against LDK Solar Co. Ltd. (NYSE: LDK)

OKLAHOMA CITY, OK -- (MARKET WIRE) -- 10/09/07 --  On October 9,
2007, Federman & Sherwood filed the first class action lawsuit in the
United States District Court for the Southern District of New York
against LDK Solar Co. Ltd. (NYSE: LDK).  The complaint alleges
violations of federal securities laws, Sections 10(b) and 20(a) of
the Securities Exchange Act of 1934, and Rule 10b-5, including
allegations of issuing a series of false and material
misrepresentations to the market which had the effect of artificially
inflating the market price of the Company's publicly-traded
securities. The class period is from June 1, 2007 through October 2,
2007.

Plaintiff seeks to recover damages on behalf of the Class.  If you
are a member of the Class as described above, you may move the Court
no later than Monday, December 10, 2007, to serve as a lead plaintiff
for the Class. However, in order to do so, you must meet certain
legal requirements pursuant to the Private Securities Litigation
Reform Act of 1995.

If you wish to discuss this action, participate in this or any other
lawsuit, or have any questions or concerns regarding this notice, or
preservation of your rights, please contact:


K. Lynn Nunn
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Email to: kln@federmanlaw.com
www.federmanlaw.com
-0- Oct/09/2007 19:56 GMT

Copyright (c) 2007