**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISMAEL HALIDOU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LDK SOLAR CO., LTD., XIAOFENG PENG, XINGXUE TONG, LIANGBAO ZHU, YONGGANG SHAO, GANG WANG, LOUIS T. HSIEH, JACK LAI, NICOLA SARNO, YUEPENG WAN, and QIQANG YAO,<br><br>　　Defendants. | No. 1:07-cv-09745 (JGK) |

**STIPULATION AND PROPOSED ORDER FOR TRANSFER AND CONSOLIDATION**

　　WHEREAS, Ismael Halidou instituted this securities class action lawsuit on behalf of certain stockholders of LDK Solar Co. Ltd. ("LDK") in this Court on November 2, 2007;

　　WHEREAS, the District Court for the Northern District of California has consolidated several similar securities class action lawsuits instituted in that District into *In re LDK Solar Securities Litigation*, C-07-05 182-WHA, and has appointed a lead plaintiff in those cases, pursuant to the Private Securities Litigation Reform Act;

　　WHEREAS, the parties agree that transfer and consolidation of these related actions would promote judicial economy, avoid duplicative proceedings, and streamline adjudication of these related matters;

　　IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

　　1　　The above-captioned case shall be transferred to the District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a);

　　2　　Once the case is transferred, the undersigned agree that it should be consolidated into the consolidated litigation known as *In re LDK Solar Securities Litigation*, C-07-05 182-WHA.

3. Without waiving any challenges to jurisdiction or venue, LDK, through its counsel of record indicated below, agrees to waive process of service as to the service of this complaint on LDK.

Dated: January 23, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

_____/s/_____Catherine A. Torell_____
Catherine A. Torell (CT-0905)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

- and -

Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiff*

\*\*\*

3

LATHAM & WATKINS LLP

_____/s/_____Christopher Harris_____

CHRISTOPHER HARRIS (CH6513)
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Attorneys for LDK Solar Co.

**ORDER**

It is so Ordered.

Dated _____    _____

3